United States District Court
Northern District of California

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 JUAN MANUEL CASTRO,

Plaintiff,

Case No. 19-01940 BLF (PR)

12

v.

13

14 UNKNOWN,

15 Defendant.

**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

16

17

18      On April 10, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint

19 pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis* ("IFP"),

20 (Docket No. 2). On the same day, the Clerk notified Plaintiff that his IFP application was

21 insufficient because he did not submit a Certificate of Funds in Prisoner's Account and a

22 copy of his prisoner trust account statement showing transactions for the last six months.

23 (Docket No. 3.) Plaintiff was advised to respond within twenty-eight days or the action

24 would be dismissed without prejudice. (*Id.*) On April 22, 2019, Plaintiff filed an IFP

25 motion that is again insufficient because he still failed to provide the necessary supporting

26 documents. (Docket No. 4.)

27      In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time

28 to file the missing documents to complete his IFP application. Plaintiff shall file a

1    Certificate of Funds in Prisoner's Account signed by an authorized officer and a copy of

2    his prisoner trust account statement showing transactions for the last six months **no later**

3    **than twenty-eight (28) days** of the filing date of this order.

4    　　　　Plaintiff is advised that failure to file the required documents in the time provided

5    shall result in this action being dismissed without prejudice and without further notice to

6    Plaintiff.

7    　　　　**IT IS SO ORDERED.**

8    Dated: ___June 10, 2019___

     BETH LABSON FREEMAN
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Order Sua Sponte Granting EOT to file Complete IFP
      P:\PRO-SE\BLF\CR.19\01940Castro_eot-ifp.docx

26

27

28

United States District Court
Northern District of California