UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 19-01940 BLF (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On April 10, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis* ("IFP"), (Docket No. 2). On the same day, the Clerk notified Plaintiff that his IFP application was insufficient because he did not submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was advised to respond within twenty-eight days or the action would be dismissed without prejudice. (*Id*.) On April 22, 2019, Plaintiff filed an IFP motion that was again insufficient because he failed to provide the necessary supporting documents. (Docket No. 4.) On June 10, 2019, in the interest of justice, the Court *sua sponte* granted an extension of time for Plaintiff to file the missing documents to complete his IFP application. (Docket No. 5.)

On July 1, 2019, Plaintiff filed another IFP motion using the application form for the Southern District of California. (Docket No. 7.) The application includes a "Prison Certificate" which was not completed by an authorized prison official. (*Id.* at 4.) Accordingly, this filing fails to correct the deficiency from Plaintiff's prior IFP motions.

In the interest of justice, the Court grants Plaintiff a second extension of time to file the missing documents to complete his IFP application. Plaintiff shall file a Certificate of Funds in Prisoner's Account signed by an authorized officer and a copy of his prisoner trust account statement showing transactions for the last six months **no later than twenty-eight (28) days** of the filing date of this order.

**Failure to file the required documents in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: __July 11, 2019__

BETH LABSON FREEMAN
United States District Judge

Order Granting Final EOT to file Complete IFP
P:\PRO-SE\BLF\CR.19\01940Castro_eot-ifp2.docx

2